798 A.2d 1273

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Kevin FRAZIER, Petitioner.**

Supreme Court of Pennsylvania.

April 8, 2002.

## *ORDER*

PER CURIAM.

**AND NOW,** this 8th day of April, 2002, the Petition for Allowance of Appeal is hereby GRANTED, limited to the following issue:

Whether the Superior Court erred in holding that Petitioner's claims were waived because he did not file a statement of matters complained of on appeal as set forth in Pa.R.A.P 1925(b)?